UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO: 5:25-CR-00060-REW-MAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

TIMOTHY RAY DALE                                           DEFENDANT

SENTENCING MEMORANDUM

On April 7, 2026, Defendant Dale will appear for sentencing for a crime that can only be called horrific.  (Plea Agreement, p. 2 – 3).  He told counsel last week, he is "ashamed."  He "doesn't feel like a human being."  He wants and needs treatment, stating, "I should have had treatment years ago."  18 U.S.C. § 3553(a)(2)(D).  But he is 64 years old. That comment is a tacit acknowledgement that he probably has a long-standing sexual attraction to children. There is no reason to doubt that he was using methamphetamine during the crimes, but many might disagree that the drug "causes" him to be sexually attracted to children.  (PSR, para. 15, p.5).  He is intellectually challenged.  (PSR, para. 86).  18 U.S.C. § 3553(a)(1).

Mr. Dale seeks a downward variance from the statutory and recommended guideline sentence of thirty years. He offers his relatively light criminal history with its resultant Category of One (1), coupled with his early confession of guilt in mitigation of punishment. He acknowledges that courts weigh the deterrents and public protection factors heavily in child exploitation cases.  18 U.S.C. § 3553(a)(2)(A – C).  The Sentencing Commission's 2021 "Federal Sentencing of Child Pornography Production Offenses" clarifies the steep climb that all

defendants convicted under this statute must undertake to receive a sentence even close to the

mandatory minimum. Mr. Dale is ready to accept this Honorable Court's decision.

Respectfully,

<u>/s/ Pam Ledgewood</u>
Pam Ledgewood
271 W. Short Street, Suite 403
Lexington, KY 40507
859-233-7323
Email: ledgewood.pam@gmail.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.

/s/ Pam Ledgewood